HOWARD S. JONES, Respondent, *v.* ROBERT L. MOORES et al., Appellants.

(Argued April 16, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 20, 1893, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George F. Alexander* for appellants.

*Salter S. Clark* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.